Jerold WILLIAMS, Plaintiff-Appellant

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE CORRECTIONAL INSTITUTIONS DIVISION; Angel Davila; Santos Montez, Defendants-Appellees

Alejandro Avila, Plaintiff-Appellant

v.

Angel Davila; Texas Department of Criminal–Justice Correctional Institutions Division, Defendants-Appellees

Joshua Mazique Burton, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Santos O. Montez; Angel Davila, Defendants-Appellees

Xavier Cooper, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Julius Timothy Dawson, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Jerome Degree, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Nicholas D. Graves; Joshua Burton, Plaintiffs-Appellants

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Leon Harper, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Benjamin D. Martin, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Billy Wayne Morgan, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Troy D. Rector, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Eliazar M. Rincon, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

James Earl Sadberry, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Antonio Shelvin, Plaintiff-Appellant

v.

Texas Department of Criminal Justice - Correctional Institutions Division; Angel Davila, Defendants-Appellees

Benjamin Vallie, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

Joseph A. Whitfield, Plaintiff-Appellant

v.

Texas Department of Criminal Justice–Correctional Institutions Division; Angel Davila, Defendants-Appellees

No. 15-40704
Summary Calendar

United States Court of Appeals, Fifth Circuit.

FILED 05/24/2016

Tim Johnson, Locke Lord, L.L.P., Houston, TX, for Plaintiffs-Appellants.

Jerold Williams, Rosharon, TX, pro se.

Alejandro Avila, Rosharon, TX, pro se.

Joshua Mazique Burton, Abilene, TX, pro se.

Xavier Cooper, Rosharon, TX, pro se.

Julius Dawson, Rosharon, TX, pro se.

Jerome Degree, Rosharon, TX, pro se.

Nicholas Graves, Rosharon, TX, pro se.

Leon Harper, Rosharon, TX, pro se.

Benjamin Martin, Rosharon, TX, pro se.

Billy Wayne Morgan, Keller, TX, pro se.

Troy D. Rector, Beaumont, TX, pro se.

ELiazar M. Rincon, Rosharon, TX, pro se.

James Sadberry, Rosharon, TX, pro se.

Antonio Shelvin, Rosharon, TX, pro se.

Benjamin Vallie, Rosharon, TX, pro se.

Joseph A. Whitfield, Rosharon, TX, pro se.

Leah O'Leary, Craig McCam Jacobs, Assistant Attorney General, Office of the Attorney General, Austin, TX, for Defendants-Appellees.

Before STEWART, Chief Judge, and DAVIS and GRAVES, Circuit Judges.

PER CURIAM:*

Sixteen Texas state prisoners filed separate civil rights complaints in state court against the Texas Department of Criminal Justice, Correctional Institutions Divisions (TDCJ) and Correctional Officers Santos Montez and Angel Davila. The cases were

---

removed to federal court and consolidated by the district court for pretrial and, if needed, trial purposes. The district court granted the defendants' motions for summary judgment in part, dismissing the claims against Officer Montez and the TDCJ. The court also dismissed the claims as moot of ten plaintiffs no longer housed at the Terrell Unit. The plaintiffs whose claims were dismissed as moot were identified in the court's memorandum opinion as Jerold Williams, Alejandro Avila, Joshua Mazique Burton, Xavier Cooper, Benjamin Martin, Benjamin Vallie, Jr., Billy Wayne Morgan, Jerome Degree, Leon Harper, and Eliazar M. Rincon. Another plaintiff, Troy D. Rector, was dismissed based on information that he had been killed. However, the district court denied the defendants' motion for summary judgment as to claims concerning Officer Davila, finding that the claims against Davila were redressable in the event that the plaintiffs prevailed at trial.

On the same date as its memorandum opinion granting in part and denying in part the motion for summary judgment, the district court entered a "final judgment" dismissing the case with prejudice as moot based on its memorandum opinions and orders. In the memorandum opinions and orders, the district court did not dismiss the claims of plaintiffs Julius Timothy Dawson, Nicholas D. Graves, James Earl Sadberry, Antonio Shelvin, and Joseph A. Whitfield.

"This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). Because the claims of five plaintiffs remain pending in the district court, we lack jurisdiction over this appeal. *See* 28 U.S.C. §§ 1291, 1292(a),(b); FED. R. CIV. P. 54(b); *Martin v. Halliburton*, 618

F.3d 476, 481 (5th Cir. 2010); *Briargrove Shopping Ctr. Joint Venture v. Pilgrim Enters., Inc.*, 170 F.3d 536, 538–41 (5th Cir. 1999).

Accordingly, the appeal is DISMISSED for lack of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be